United States District Court
Southern District of Texas
ENTERED

**JUL 29 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

**JUL 28 1998**

Michael N. Milby, Clerk of Court

# United States District Court
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| SAN BENITO MEDICAL ASSOCIATES, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-194 |
| JULIE A. DOLAN DEGRENDELE | § § | |

TYPE OF CASE: ___X___ CIVIL           _____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 7, 1998 AT 10:15 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 28, 1998

TO:    MR. CHRISTOPHER H. BOSWELL
       MR. FERRIEL C. HAMBY, JR. & MR. ROGER W. HUGHES