*30*

United States District Court
Southern District of Texas
**ENTERED**

**AUG 1 0 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

**AUG 0 7 1998**

Michael N. Milby, Clerk of Court

SAN BENITO                              {
MEDICAL ASSOCIATES, INC.                {
                                        {
V.                                      {          CIVIL ACTION NO. B-96-194
                                        {
                                        {
JULIE A. DOLAN DeGRENDELE               {

<u>ORDER OF DISMISSAL</u>

BE IT REMEMBERED that on this the ___7___ day of ___August___,

1998, came to be heard the **JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL**,

and the Court, upon consideration of same, is of the opinion it should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff SAN BENITO MEDICAL ASSOCIATES,

INC.'s claims against Defendant JULIE A. DOLAN DeGRENDELE are hereby dismissed with

prejudice to the refiling of same, all costs of suit, including attorneys' fees, to be taxed to the

party incurring same.

SIGNED FOR ENTRY this the ___7___ day of ___August___, 1998, at

Brownsville, Texas.

_____
JUDGE PRESIDING